CLOSED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUN YOON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>KAISER FOUNDATION HOSPITAL, and DOES 1 – 50, inclusive;<br><br>Defendants. | Case No.: CV 07-05005 DDP (AGRx)<br><br>**JUDGMENT** |

This action came on for hearing before the Court on January 12, 2009, the Honorable Dean Pregerson, District Judge presiding, on a Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered on January 20, 2009, IT IS ORDERED AND ADJUDGED that Plaintiff Youn Yoon take nothing, that the action be dismissed on the merits, and that Defendant Kaiser Foundation Hospitals recover its costs.

DATED: February 02, 2009

_____
United States District Court Judge